# IN THE UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
### (Fort Wayne Division)

| | |
|---|---|
| Amanda Cerny, Arianny Celeste Lopez, Abigail Ratchford, Alana Campos Souza, Tiffany Toth Gray, and Katarina Van Derham,<br><br>　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>B&B Operations, LLC, B&K Property Holdings, LLC, and B&B Property Holdings, LLC, collectively doing business as Club 44,<br><br>　　　　Defendants. | **Case No.**　20cv401<br><br>**COMPLAINT EXHIBIT INDEX** |

Exhibit #　　Description

　　1　　　Amanda Cerny (center) and Katarina Van Derham (lower left) Use Example

　　2　　　Arianny Celeste Lopez (center) Use Example

　　3　　　Abigail Ratchford Use Example

　　4　　　Alana Marie Souza Use Example

　　5　　　Tiffany Toth Gray Use Example (lower left)

　　6　　　Tiffany Toth Gray Use Example