EXHIBIT 1
Cerny (center) & Van Derham (lower left)



