Exhibit 2
Lopez (center)





