Exhibit 3
Ratchford

