Exhibit 4
Souza

