Exhibit 5
Toth Gray (lower left)

