Exhibit 6
Toth Gray

