IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
(Fort Wayne Division)

| | |
|---|---|
| Amanda Cerny, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>B & B Operations, LLC et al.,<br><br>Defendants. | Civil Action No. 1:20-cv-00401-HAB-SLC<br><br>**Judge Holly A. Brady**<br>**Magistrate Judge Susan L. Collins** |

## **RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Amanda Cerny, Arianny Celeste Lopez, Abigail Ratchford, Alana Marie Souza, Tiffany Toth Gray, and Katarina Van Derham and Defendants B&B Operations, LLC, B&K Property Holdings, LLC, and B&B Property Holdings LLC), hereby stipulate to the dismissal of this entire action, with prejudice, and without costs or attorneys' fees to any Party.

[signature block on following page]

<table>
<tr><td>

Dated: December 30, 2021

Respectfully submitted,

/s/ Edmund S. Aronowitz
Edmund S. Aronowitz (Michigan #P81474)
ARONOWITZ LAW FIRM PLLC
220 S. Main St., Ste. 305
Royal Oak, Michigan 48067
Telephone: (248) 716-5421
Facsimile: (248) 419-1032
edmund@aronowitzlawfirm.com

Brad A. Catlin, # 21570-29
WILLIAMS & PIATT LLC
301 Massachusetts Avenue, Suite 300
Indianapolis, Indiana 42604
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
brad@williamspiatt.com
*Counsel for Plaintiffs*

</td><td>

Dated: December 30, 2021

Respectfully submitted,

s/ Matthew J. Cavanagh (with permission)
Matthew J. Cavanagh (*pro hac vice*)
Mitchell A. Capp
MCDONALD HOPKINS PLLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
t 216.348.5400
f 216.348.5474
mcavanagh@mcdonaldhopkins.com
mcapp@mcdonaldhopkins.com
*Counsel for B&B Operations, LLC and B&B Property Holdings, LLC*

/s/ Nicholas Reuhs  (with permission)
Nicholas Reuhs, Attorney No. 31181-49
Samuel Gardner, Attorney No. 32825-29
ICE MILLER LLP
One American Square
Indianapolis, IN 46282
Telephone: 317-236-2100
nicholas.reuhs@icemiller.com
samuel.gardner@icemiller.com
*Counsel for Defendant B&K Property Holdings, LLC*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2021, I filed the foregoing through the Court's CM/ECF system which will accomplish service on the following counsel of record:

Matthew J. Cavanagh, mcavanagh@mcdonaldhopkins.com
Mitchell A. Capp, mcapp@mcdonaldhopkins.com
Nicholas Reuhs, Nicholas.reuhs@icemiller.com
Samuel Garnder, Samuel.gardner@icemiller.com

/s/  Edmund S. Aronowitz
Edmund S. Aronowitz

2